UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEAH HANSCOM
        Plaintiff

    V.
                                      CIVIL ACTION:12CV10471-RWZ

DIVERSIFIED COLLECTION SERVICES,
INC. ET AL
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                        JULY 27, 2012

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                          By the Court,

                                                                          s/ Lisa A. Urso
                                                                          Deputy Clerk

30day.ord